IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:00CR128 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD D. MUELLER, | ) | |
| | ) | |
| Defendant, | ) | |

IT IS ORDERED that an evidentiary hearing regarding defendant's "Motion to Vacate Sentence and Conviction Pursuant to Title 28 U.S.C. § 2255" (Filing No. 98) is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 25, 2005, at 9:30 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused  by the Court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

**The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

DATED this 29th day of July, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
Joseph F, Bataillon
United States District Judge