IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:00CR128 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD D. MUELLER, | ) | |
| | ) | |
| Defendant, | ) | |

  Before the court is defendant's Motion to Appoint Counsel, Filing No. 113.  After considering the matter, the court will grant the motion.

  IT IS ORDERED that Michael Hansen of the Federal Public Defender's Office is hereby appointed to represent the defendant's interests regarding defendant's Motion to Vacate Sentence and Conviction Pursuant to Title 28 U.S.C. § 2255, Filing No. 98.

  DATED his 10th day of August, 2005.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Joseph F, Bataillon
            United States District Judge