IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>                      Plaintiff,               )<br>                                                             )<br>          vs.                                             )<br>                                                             )<br>DONALD D. MUELLER,                       )<br>                                                             )<br>                      Defendant,           ) | 8:00CR128<br><br>ORDER |

      IT IS ORDERED that defendant's Motion to Continue Evidentiary Hearing (Filing No. 119) is granted. The evidentiary hearing regarding defendant's "Motion to Vacate Sentence and Conviction Pursuant to Title 28 U.S.C. § 2255" (Filing No. 98) is rescheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 3, 2005, at 9:00 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused by the Court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

      **The defendant will be present for this hearing.**

      DATED this 28th day of September, 2005.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Joseph F, Bataillon
                                                  United States District Judge